ANTONIO GRANDI ET AL., RESPONDENTS, v. NICOLA BRUNETTI, APPELLANT.

Argued March 15, 1917—Decided March 15, 1917.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"The reasons for appeal present for our determination either matters of fact, which are not brought before us for consideration on a merely appellate proceeding, or matters of law which have long been settled in this state, and settled adversely to the contention of appellant's counsel.

"The judgment under review will be affirmed."

For the respondents, *Themistocles M. Ungaro.*

For the appellant, *Gaelano M. Belfatto.*

Per Curiam.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—The Chancellor, Garrison, Swayze, Bergen, Minturn, Kalisch, White, Heppenheimer, Williams, Gardner, JJ.  10.

*For reversal*—None.